USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
ROSEMARY LILLO-LANGER and  :
MITCHELL LANGER,  :
:
:
:
                   Plaintiffs,  :     1:21-cv-11043-GHW
:
        -against-  :     ORDER
:
CHINA STATE CONSTRUCTION  :
ENGINEERING CORP. LTD, *doing business as*  :
*British Colonial Hilton-Nassau*,  :
:
                   Defendant.  :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    This action was removed from the Supreme Court of the State of New York, County of New York, on December 23, 2021. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than January 6, 2022. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

    SO ORDERED.

Dated: December 28, 2021
New York, New York

                                                    _____
                                                      GREGORY H. WOODS
                                              United States District Judge