```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
        :
ROSEMARY LILLO-LANGER and  :
MITCHELL LANGER,        :
        :
        :
      Plaintiffs,  :      1:21-cv-11043-GHW
        :
    -against-  :      <u>ORDER</u>
        :
CHINA STATE CONSTRUCTION  :
ENGINEERING CORP. LTD, *doing business as*  :
*British Colonial Hilton-Nassau*,  :
        :
      Defendant.  :
        :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 28, 2021, this Court ordered counsel for Plaintiffs to promptly file a notice of appearance in this case. Dkt. No. 4. As of today, counsel for Plaintiffs has not done so. Plaintiff is directed to comply with the Court's December 28, 2021 Order forthwith.

Counsel for Defendants is directed to serve a copy of this order on Plaintiffs and retain proof of service.

SO ORDERED.

Dated: January 12, 2022
New York, New York
                                _____
                                    GREGORY H. WOODS
                                  United States District Judge